THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: AIR CRASH AT MUAN
INTERNATIONAL AIRPORT, SOUTH KOREA
ON DECEMBER 29, 2024

MDL No. 2:26-md-03174-JLR

This Document Relates To:

ALL CASES

**JOINT STATEMENT REGARDING
FORUM NON CONVENIENS DISCOVERY**

Pursuant to Your Honor's June 11, 2026 Minute Order, the parties hereby submit the following joint statement regarding *forum non conveniens* ("FNC") discovery addressing: (1) the discovery Plaintiffs assert is necessary to oppose Defendant's anticipated motion to dismiss on FNC grounds; (2) any disputes regarding the scope of such discovery requiring Court intervention; and (3) a proposed schedule for completion of FNC discovery.

**I.      Discovery Plaintiffs Assert Is Necessary**

On June 18, 2026, Plaintiffs sent Defendant a letter outlining Plaintiffs' proposed FNC discovery together with Plaintiffs' proposed discovery requests titled as their "First Limited FNC Interrogatories and Requests for Production." The proposed discovery consisted of thirty-one (31) numbered interrogatories and twenty-three (23) numbered requests for production that Plaintiffs

JOINT STATEMENT REGARDING
FORUM NON CONVENIENS DISCOVERY- 1
(No. 2:26-md-03174)

argue are directed to issues relevant to Defendant's anticipated FNC motion, including the location of witnesses, documents, electronically stored information, custodians, repositories, and other sources of proof bearing on the FNC analysis.

**II.      Scope of Discovery and Court Intervention**

On June 25, 2026, counsel for all parties met and conferred regarding Plaintiffs' proposed FNC discovery. Based on that discussion, the parties believe that they will be able to substantially resolve any disputes regarding the scope of FNC discovery through continued meet-and-confer efforts. Although some disputes presently exist regarding the number of interrogatories and requests for production, the volume of documents to be produced, and the scope of certain requests, the parties believe that it is likely they can resolve those disputes without Court intervention.

Should disputes remain after the parties complete their meet-and-confer process, the parties will promptly notify the Court and seek appropriate guidance. If the Court desires, the parties can file joint status reports every thirty (30) days to keep the Court apprised of their progress.

The parties will need a protective order entered to allow for document production, and plan to submit a proposed protective order for the Court's consideration shortly.

**III.     Proposed Schedule**

The parties propose the following schedule for FNC discovery and briefing:

| Deadline | Date |
| --- | --- |
| Plaintiffs serve FNC discovery requests | July 2, 2026 |
| Boeing's written responses are due | August 3, 2026 |
| Parties to complete written FNC discovery | September 4, 2026 |
| Boeing to file its FNC Motion | September 11, 2026 |
| Plaintiffs to complete the deposition of Stella Weidner | Week of September 21, 2026 |
| Plaintiffs' opposition to Boeing's FNC motion | October 9, 2026 |

JOINT STATEMENT REGARDING
FORUM NON CONVENIENS DISCOVERY- 2
(No. 2:26-md-03174)

| Deadline | Date |
|---|---|
| Boeing's reply in support of its FNC Motion | October 23, 2026 |

## IV.    Conclusion

The parties respectfully submit this report in compliance with the Court's June 11, 2026 Minute Order and will continue to meet and confer in good faith regarding the scope and completion of limited FNC discovery.

***

JOINT STATEMENT REGARDING
FORUM NON CONVENIENS DISCOVERY- 3
(No. 2:26-md-03174)

| **PLAINTIFFS** | **THE BOEING COMPANY** |
|---|---|
| By: /s/ Charles J. Herrmann | By: /s/ Daniel P. Ridlon |
| Charles J. Herrmann<br>Lara A. Herrmann<br>Anthony Marsh<br>Sara Luer<br>**Herrmann Law Group**<br>505 5th Ave. So., Ste. 330<br>Seattle, WA 98104<br>V: 206.625.9104<br>F: 206.682.6710<br>Email: Charles@HLG.lawyer<br>Email: Lara@HLG.lawyer<br>Email: Anthony@HLG.lawyer<br>Email: Sara@HLG.lawyer | Mack H. Shultz<br>Daniel P. Ridlon<br>**McGuireWoods LLP**<br>1001 Fourth Avenue, Suite 4368<br>Seattle, Washington 98514-1123<br>Telephone: (206) 336-5000<br>Facsimile: (206) 336-5010<br>MShultz@mcguirewoods.com<br>DRidlon@mcguirewoods.com<br><br>*Attorneys for Defendant The Boeing Company* |

By: /s/ Thomas B. Vertetis

Thomas B. Vertetis
Christopher E. Love
William T. McClure
**Pfau Cochran Vertetis Amala PLLC**
909 A St. Suite 700
Tacoma, WA 98402
Email: tom@pcvalaw.com
Email: chris@pcvalaw.com
Email: wmcclure@pcvalaw.com

By: /s/ Floyd A. Wisner

Floyd A. Wisner
**Wisner Law Firm PC**
181 W Madison St., Ste. 4700
Chicago, IL 60602
Email: faw@wisner-law.com

By: /s/ Daniel D. Barks

Daniel D. Barks
**Barks Law**
1015 Tyrone Road, Ste. 610
Tyrone, GA 30290
Email: ddb@barks-law.com

JOINT STATEMENT REGARDING
FORUM NON CONVENIENS DISCOVERY- 4
(No. 2:26-md-03174)

*Attorneys for Plaintiffs*

Respectfully submitted, this 29th day of June, 2026.

JOINT STATEMENT REGARDING
FORUM NON CONVENIENS DISCOVERY- 5
(No. 2:26-md-03174)