UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AIR CRASH AT MUAN INTERNATIONAL AIRPORT, SOUTH KOREA ON DECEMBER 29, 2024. | CASE NO. MDL 3174 ORDER |

The court has reviewed the parties' June 29, 2026 joint statement regarding discovery and a briefing schedule for Defendant The Boeing Company's ("Boeing") anticipated motion to dismiss on *forum non conveniens* ("FNC") grounds.  (Statement (Dkt. # 9); *see also* 6/11/26 Min. Order (Dkt. # 8) (directing the parties to file the joint statement).)  The court APPROVES the parties' proposed schedule for FNC discovery and motion briefing.  (*See* Statement at 2-3.)  Accordingly, the parties are ORDERED to complete FNC discovery and motion briefing as follows:

ORDER - 1

| Deadline | Date |
| --- | --- |
| Plaintiffs serve FNC discovery requests | July 2, 2026 |
| Boeing's written responses are due | August 3, 2026 |
| Parties to complete written FNC discovery | September 4, 2026 |
| Boeing to file its FNC motion | September 11, 2026 |
| Plaintiffs to complete the deposition of Stella Weidner | Week of September 21, 2026 |
| Plaintiffs' opposition to Boeing's FNC motion due | October 9, 2026 |
| Boeing's reply in support of its FNC motion due | October 23, 2026 |

The court reserves the right to limit the scope and amount of FNC discovery if necessary.

Dated this 30th day of June, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2