UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: AIR CRASH AT MUAN INTERNATIONAL AIRPORT, SOUTH KOREA ON DECEMBER 29, 2024. | CASE NO. MDL 3174<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties are ORDERED to appear at a virtual hearing on **Thursday, December 3, 2026, at 10:00 a.m. PST** regarding Defendant The Boeing Corporation's motion to dismiss for *forum non conveniens*. (MTD (Dkt. # 13).) Each side will be limited to one hour to present argument and shall designate one person to speak on its behalf. Time spent answering the court's questions will be deducted from the party's designated time.

The Clerk will send counsel instructions on how to sign in to the hearing closer to the hearing date.

Filed and entered this 23rd day of November, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk